IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

SIMON JAMES COX,

                Plaintiff,

v.

OFFICER J. SERGENIAN,

                Defendant.

OPINION and ORDER

23-cv-727-jdp

---

Plaintiff Simon James Cox, proceeding without counsel, alleges that he was falsely arrested and subjected to unlawful conditions of confinement. Dkt. 1. I dismissed Cox's complaint because all of his allegations were factually frivolous or failed to state a claim for which I could grant relief. Dkt. 4. I gave Cox until May 25, 2025, to amend the complaint to fix those problems, and I cautioned him that I would dismiss the case if he failed to comply with that order. Cox has not responded to that order, so I will dismiss the complaint with prejudice. *See Paul v. Marberry*, 658 F.3d 702, 704–05 (7th Cir. 2011) (court should dismiss case for failure to state a claim after plaintiff fails to correct a pleading that violates Federal Rule of Civil Procedure 8).

ORDER

IT IS ORDERED that:

1. Plaintiff Simon James Cox's complaint, Dkt. 1, is DISMISSED with prejudice because the allegations are factually frivolous or fail to state a claim.

2. The clerk of court is directed to enter judgment and close the case.

Entered July 7, 2025.

                                          BY THE COURT:

                                          /s/

                                          _____
                                          JAMES D. PETERSON
                                          District Judge